NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


JAMES MURRAY, DOC #T16031,        )
                                  )
            Appellant,            )
                                  )
v.                                )        Case No. 2D18-4048
                                  )
STATE OF FLORIDA,                 )
                                  )
            Appellee.             )
_____   )

Opinion filed August 7, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Michelle Sisco,
Judge

James Murray, pro se.


PER CURIAM.

            Affirmed.


NORTHCUTT, BADALAMENTI, and SMITH, JJ., Concur.